VICTOR GAGLIARDI *v.* EAGLE GROUP, INC., ET AL.
(AC 24030)

Foti, Dranginis and West, Js.

Submitted on briefs April 2—officially released April 27, 2004

Per Curiam. The decision of the workers' compensation review board is affirmed.

MITCHELL JACOB *v.* COMMISSIONER OF
CORRECTION
(AC 24291)

Dranginis, Flynn and DiPentima, Js.

Submitted on briefs April 2—officially released April 27, 2004

Per Curiam. The appeal is dismissed.

JOHNNY BERNARD LEE *v.* COMMISSIONER OF
CORRECTION
(AC 23886)

Foti, Dranginis and West, Js.

Submitted on briefs April 2—officially released April 27, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petitioner's petition to appeal from the dismissal of his petition for a writ of habeas corpus.

The appeal is dismissed.